(No. 2058—)

WALTER BORTOWSKI, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed October 15, 1935.*

JOHN R. McSWEENEY, for claimant.

OTTO KERNER, Attorney General; JOHN KASSERMAN, Assistant Attorney General, for respondent.

MR. JUSTICE LINSCOTT delivered the opinion of the court:

This case is based upon the same set of facts as set forth in the case of *Joseph Schultz* vs. *State of Illinois,* No. 2059, except that in this case the claimant was a passenger, which, in our opinion, does not change the legal situation.

The Attorney General also made a motion to dismiss this case, and the motion will be sustained for the same reasons as set forth in *Schultz* vs. *State of Illinois,* No. 2059.